Norma V Jimenez Hernandez
902 W Laredo Ave
Gilbert, AZ 85233
(949) 378-2778

```
          FILED      LODGED
          RECEIVED   COPY

          APR 26 2021

        CLERK U S DISTRICT COURT
          DISTRICT OF ARIZONA
        BY_____ DEPUTY
```

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Norma V Jimenez Hernandez,<br><br>    Plaintiff,<br><br>v.<br><br>Maricopa County Community College District;<br>Estrella Mountain Community College;<br>Maria Harper-Marinick;<br>Ernest Lara;<br>Reynaldo Rivera;<br>Heather Weber;<br>Teofilo Ferrer;<br>Kathleen Iudicello;<br>Sylvia Orr;<br>Kelly Loucy<br><br>    Defendant(s). | CASE NUMBER: **CV21-00742-PHX-DJH**<br><br><br><br>**COMPLAINT** |

## Jurisdiction

This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331. This employment discrimination lawsuit is based on.

1. Title VII of the Civil Rights Act of 1964, as amended,

2. 42 U.S.C. 2000-3 Unlawful Employment Practices

3. A.R.S. 23-1501 Protection from Retaliatory Discharges

4. A.R.S. 38-532 Prohibited Personnel Practices

5. A.R.S. 13-2921 Harassment

6. Higher Education Act that prohibits retaliation

7. For employment discrimination on the basis of race, color, religion, gender, or national origin.

8. Other: Retaliation, Harassment, Unlawful Termination, Breach of Contract

The plaintiff is a resident of Gilbert, Maricopa County, AZ and a citizen of the United States. The defendant, Maricopa County Community College District, is a public entity of higher education in Tempe, AZ. The defendant, Estrella Mountain Community College, is a public institution of higher education in Avondale, AZ. The defendant, Maria Harper-Marinick, is a resident of Phoenix, AZ and a citizen of the United States. The defendant, Ernest Lara, is a resident of Goodyear, AZ and a citizen of the United States. The defendant, Reynaldo Rivera, is a resident of Goodyear, AZ and a citizen of the United States. The defendant, Heather Weber, is a resident of Phoenix, AZ and a citizen of the United States. The defendant, Teofilo Ferrer, is a resident of Phoenix, AZ and a citizen of the United States. The defendant, Kathleen Iudicello, is a resident of Phoenix, AZ and a citizen of the United States. The defendant, Sylvia Orr, is a resident of Avondale, AZ and a citizen of the United States. The defendant, Kelly Loucy, is a resident of Phoenix, AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

## Employment Discrimination Complaint

The conduct complained of in this lawsuit involved the following:
Termination of my employment; Retaliation; Terms and conditions of employment differ from those of similar employees; Harassment; Breach of Contract

The conduct(s) above is referred to in the charge of discrimination. I believe I was discriminated against because of my:
Other; Retaliation; Race; Gender

The reason(s) above is referred to in the charge of discrimination. The discriminatory conduct occurred at the defendant's address on May 23, 2019. In August 2013, I was

contracted by Estrella Mountain Community College which is part of the Maricopa County Community College District to teach psychology courses full-time. In August 2017, I became the Honors and Phi Theta Kappa Director at Estrella Mountain Community College while I continued to teach at the college. My supervisor, Dean Sylvia Orr, engaged in behavior that created a hostile work environment starting in September 2017 that included a delay in my pay because she did not complete my contract for the Honors Director's position. I complained about this delay for several pay periods to Vice Presidents Reynaldo Rivera and Heather Weber. In December 2018, Dean Sylvia Orr shouted at me over the phone and continued her harassment and discrimination by holding me to different standards than the previous Honors Director who was male. For example, Dean Sylvia Orr forced me to meet with her several times during the semester where she only obliged the previous director to meet with her once per semester. I alerted my supervisors, College President Ernest Lara and Vice President Reynaldo Rivera, as well as the Director of Human Resources Teofilo Ferrer, but there was no satisfactory resolution offered with continued harassment and disparate treatment compared to the previous Honors director. I sent an email to the College President claiming that I feared retaliation from Vice President Reynaldo Rivera because I had engaged in asserting my rights to report behavior by an employee that violated the Maricopa County Community College District's policies and those stated in the Residential Faculty Policy Manual which includes reporting dishonest behavior. In April 2018, College President Ernest Lara renewed me with concerns stating that Dean Sylvia Orr and Vice President Reynaldo Rivera had made recommendations to him about my performance even though College President Ernest Lara had stated to me in a recorded conversation that there was no issue with my teaching which was my primary responsibility when I was hired as a full-time faculty member. I asked repeatedly for detailed information on the reasons for the renewal with concerns and was denied this information for over 200 days which delayed putting a plan of action so that I could address the concerns as per the Residential Faculty Policy Manual. My direct supervisor, Dr. Pablo Landeros, was as frustrated with the process as I was because I could not set up a plan of action to address the concerns if no concerns were

stated. I filed a grievance against College President Ernest Lara in September 2018 for failure to provide the reasons for the nonrenewal in order to set up a plan to address the concerns per the Residential Faculty Policy Manual. The Maricopa Community College District's Chancellor Maria Harper-Marinick denied the grievance stating that it was not submitted on time even though the grievance was submitted on time. Chancellor Maria Harper-Marinick also denied by rebuttal to the denial of the grievance although I could show that the grievance was submitted on time. Chancellor Harper-Marinick's denial to make a decision on the grievance violated the policies set forth by the Maricopa County Community College District including the Residential Faculty Policy Manual resulting in a breach of contract. Reasons for my renewal with concerns status in April 2018 that were finally given to me in October 2018 included participation in activities that occurred AFTER April 2018 and I allege were based on retaliatory behavior given that the renewal with concerns came after I had engaged in protected activity such as participating in EEO investigations as a witness. Further, the college did not provide any reasons related to my teaching nor teaching performance, my main function as a faculty member when I was hired in 2013. All of the defendants engaged in retaliatory behavior after the grievance against the College President was filed in September 2018 which included Dean Kathleen Iudicello revising my performance evaluation from a positive to a negative evaluation in October 2018 which is prohibited by Maricopa Community College Policies and Dean Kathleen Iudicello falsifying claims by students with no written proof to bring false charges against me in November 2018. An investigation revealed no wrongdoing on my part and the Maricopa Community College District refuses to release the external investigation by Melissa Julian into the false allegations levied by Kathleen Iudicello despite more than 20 requests from the public. The Maricopa Community College District claims that the external investigation would cause harm to the district. I believe the external investigation by Melissa Julian would show that Dean Kathleen Iudicello, Sylvia Orr, Heather Weber and Reynaldo Rivera engaged in behavior that violates Maricopa Community College District policy including harassment and falsifying information. Estrella Mountain Community College and the Maricopa Community College District

pursued several investigations against me with no merit including two while I was on medical leave in November 2018 which constitutes harassment as part of their retaliatory behavior. These were led and/or initiated by Heather Weber, Kathleen Iudicello, Teofilo Ferrer and Reynaldo Rivera and included threatening emails stating that I would be terminated. Additionally, Reynaldo Rivera engaged in retaliatory and discriminatory behavior against me in October 2018 by holding me to different standards than other faculty when trying to obtain permission for student research. This retaliation came after I participated in a protected activity that included filing a grievance against the College President Ernest Lara and a harassment case against Reynaldo Rivera. As the faculty facilitator, Kelly Loucy did not make an attempt to put a plan of action for me even though she did help a white male, Jim Heinrich, set up a plan to address the concerns for his renewal with concerns, thus, treating me differently than my white male counterpart. I made multiple requests to be transferred to another college campus within the Maricopa County Community College District as stated in the Residential Faculty Policy Manual, but they were all denied which is a breach of contract as stated in the Residential Faculty Policy Manual. My contract was not renewed in May 2019 and I was no longer employed at Estrella Mountain Community College in the Maricopa County Community College District. My loss of income along with loss of retirement benefits and loss of medical/vision/dental insurance had a negative impact on my family and me. My personal physician provided me a letter stating that the cause of my physical and mental ailments were due to the actions taken by Estrella Mountain Community College District which includes the Maricopa County Community College District and the defendants listed in this complaint by extension.

## Demand

I ask for the court to acknowledge the retaliation, discrimination, breach of contract, unlawful termination and harassment against me by the defendants and to grant me the monetary compensation that I lost because of the wrongful termination. **I am also seeking the following amount in monetary compensation: $228,040.00.**

## Administrative Procedure

I have filed a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency. I have received a Notice of Right to Sue Letter.

Date: 04-27-2021

*[signature]*
Norma V Jiménez Hernandez
902 W Laredo Ave
Gilbert, AZ 85233
(949) 378-2778

EEOC Form 161 (11/2020)    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Norma V. Jimenez Hernandez
902 W. Laredo Ave.
Gilbert, AZ 85233

From: Las Vegas Local Office
333 Las Vegas Blvd South
Suite 5560
Las Vegas, NV 89101

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 540-2020-00058 | Amy Nigro, Investigator | (702) 553-4464 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Amy R. Nigro  FOR   01-27-2021

Tamara M. West,
Local Office Director

(Date Issued)

Enclosures(s)

cc: **Deric Hall
Director of EEO/AA
Maricopa Community Colleges
deric.hall@domail.maricopa.edu
Tempe, AZ 85282**

 Gmail   Norma Hernandez <njherna3@gmail.com>

# EEOC# 540-2020-00058 Decision

6 messages

---

**AMY NIGRO <AMY.NIGRO@eeoc.gov>**  Wed, Jan 27, 2021 at 10:55 AM
To: "njherna3@gmail.com" <njherna3@gmail.com>

Ms. Hernandez,

As we discussed, attached is your Notice of Right to Sue. Please be advised that you have 90-days from today to file in federal court.

This decision is final and we fully understand that the parties to a charge often have very firm views that the available evidence supports their respective positions; however, our final determinations must comport with our interpretations of the available evidence and the laws we enforce.

Let me know if you have any other questions.



**Amy Nigro**

Senior Federal Investigator

333 Las Vegas Blvd South, Suite 5560

Las Vegas, NV 89101

Desk: **(702) 553-4464**

**(Due to COVID-19 I am currently working remotely; therefore, email is the best option for immediate contact)**

FAX: (702) 388-5094

To check the status of your case, please visit the EEOC portal at the link below:

https://publicportal.eeoc.gov/Portal/SignIn.aspx?From=Home