# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Norma V Jimenez Hernandez,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Maricopa County Community College District, et al.,<br><br>　　　　Defendants. | **NO. CV-21-00742-PHX-DJH**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that there is no just reason to delay entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b).  Judgment is hereby entered in favor of Defendant Maricopa County Community College District dismissing Plaintiff's claims for hostile work environment and retaliation.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

March 18, 2024

　　　　　　　　　　　　　　　　　　s/ Rebecca Kobza
　　　　　　　　　　　　　　　By    Deputy Clerk