James E. Barton II, 023888
Jacqueline Mendez Soto, 022597
Daniella Fernandez Lertzman, 037943
**BARTON MENDEZ SOTO PLLC**
401 W. Baseline Road, Suite 205
Tempe, Arizona 85283
480-550-5165
*James@bartonmendezsoto.com*
*Jacqueline@bartonmendezsoto.com*
*Daniella@bartonmendezsoto.com*
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Norma V Jimenez Hernandez, | Case No.: CV-21-00742-PHX-DJH |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF READINESS FOR SETTING FINAL PRETRIAL CONFERENCE** |
| Maricopa County Community College District, et al.; | |
| Defendants. | |

Plaintiff, Norma V Jimenez Hernandez, pursuant to Paragraph 10 of the Rule 16 Scheduling Order (Doc. 37 at ¶ 10), submits this Notice of readiness for scheduling of the Final Pretrial Conference pursuant to Rule 16(d) of the Federal Rules of Civil Procedure.

Plaintiff further notes for the Court that the parties are filing a joint request for a referral from the Court to a settlement conference before a Magistrate Judge.

RESPECTFULLY submitted this 28th day of March 2024.

>BARTON MENDEZ SOTO PLLC
>
>*James E. Barton II* (signature)
>James E. Barton II
>*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record via the CM/EFC system

s/ Monse Vejar